**ENTER JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA DIAZ, | Case No. CV-18-6798-R |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| JAMBA JUICE, et al, | |
| Defendant, | |

THE COURT having reviewed Plaintiff's Request For Transfer to State Court Due to Lack of Jurisdiction and Response to Order to Show Cause (Dkt. No. 14);

IT IS HEREBY ORDERED that this action is hereby dismissed without prejudice. F.R.Civ.P. 41(a).

Dated May 23, 2019

MANUEL L. REAL
United States District Judge